FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 15 MJ 1115 |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/ |
| | ) Supervised Release Conditions) |
| REGINALD GLENN PATTERSON | ) |
| | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   ( )   the appearance of defendant as required; and/or

(B)   (✗)   the safety of any person or the community.

//

//

The court concludes:

A.  Ⓧ  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

current allegations and criminal history.

_____

_____

_____

(B)  Ⓧ  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

inadequate bail resources, unemployed, past failures to appear, outstanding warrants

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 6/24/15

Suzanne H. Segal

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE